**Order filed March 26, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00190-CV
_____

**CHRISTINE REULE, Appellant**

**V.**

**JOHN R. BELUS, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-37325**

---

## ORDER

On February 20, 2015, appellant filed a notice of appeal from a final judgment signed January 21, 2015. In response to a notice from this court that the appellate filing fee was past due, on March 18, 2015, appellant informed this court that she had filed a timely affidavit of indigence at the same time that she filed her notice of appeal. According to appellant, no contest to the affidavit was filed, and she may proceed on appeal without the advance payment of costs.

Texas Rule of Appellate Procedure 20.1 provides: "Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs." *See* Tex. R. App. P. 20.1(f). Accordingly, we issue the following order:

Unless there has been an order sustaining a contest to appellant's affidavit of indigence, the trial court clerk is required to prepare the record without the advance payment of costs. We order the Harris County District Clerk to file the complete clerk's record in this appeal on or before **April 17, 2015,** without requiring advance payment of costs. *See* Tex. R. App. P. 20.1(f), (k).

If a contest to appellant's affidavit of indigence has been filed and sustained, in lieu of the complete clerk's record, the Harris County District Clerk shall file a partial clerk's record pertaining only to appellant's claim of indigence**.** The partial clerk's record shall be filed with the clerk of this court on or before **April 17, 2015,** and shall contain the following documents: **(1)** the judgment being appealed; **(2)** the notice of appeal; **(3)** appellant's affidavit of indigence; **(4)** any the contest to the affidavit of indigence; **(5)** the trial court's order ruling on any contest; and **(6)** any other documents pertaining to the claim of indigence and any contests thereto.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and McCally.